**Linda Rose, Esq.**
**2100 West End Avenue**
**Loews Vanderbilt Plaza, Suite 935**
**Nashville, Tennessee 37203**
**Telephone: 615-321-2256**
**TBA #15133**

**Attorney for Plaintiffs**

Motion GRANTED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| MUHAMMAD HASEEB; and NABILA NAEEM | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 3:08-cv-00041 |
| ROBERT S. MUELLER, III, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**Motion to Dismiss**

Plaintiffs move this Court to dismiss this case on the grounds they have obtained

the relief requested.  On April 3, 2008, Plaintiff Muhammad Haseeb received his I-551

Lawful Permanent Resident Card.  Plaintiffs reserve the right to file for attorney fees and

costs under the Equal Access to Justice Act (EAJA).

RESPECTFULLY SUBMITTED this 8th day of April, 2008.

ROSE IMMIGRATION LAW FIRM, PLC.

By:   s/ Linda Rose_____
         Linda Rose, Esq.
         Attorney for Plaintiff